**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:24-CR-00029-ART-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING ECF No. 30** |
| MATHEW HOVIOUS, | |
| Defendant. | |

### ORDER

Based on the Stipulation of counsel, and good cause appearing, **IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for July 15, 2025, at 11:00 a.m., be continued, in time only, to July 15, 2025, at **2:00 p.m.**

DATED this 25th day of June, 2025.

_____
HONORABLE ANNE R. TRAUM
UNITD STATES DISTRICT JUDGE